[No. 6840-1-II.   Division Two.   July 6, 1984.]

KAREN NORTH, *Appellant,* v. J. J. GANZ, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 52427, Milton R. Cox, J., entered December 30, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6931-8-II.   Division Two.   July 9, 1984.]

FENTRON BUILDING PRODUCTS, INC., ET AL, *Appellants,* v. ROBERT J. NETTINGA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 10343, William E. Howard, J., entered March 7, 1983. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 13437-0-I.   Division One.   July 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY GERALD BATZEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-8-01053-7, Maurice Epstein, J. Pro Tem., entered June 6, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Andersen and Scholfield, JJ.